IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALOYSIUS D. BLACKCROW, et al., | JUDGMENT IN A CIVIL CASE |
| Plaintiffs, | 9:21-cv-00097-DWM |
| | 9:21-cv-00122-DWM |
| vs. | 9:21-cv-00125-DWM |
| | 9:21-cv-00132-DWM |
| LAKE COUNTY, MONTANA, et al., | 9:22-cv-00001-DWM |
| | 9:22-cv-00002-DWM |
| Defendants, | 9:22-cv-00003-DWM |
| | 9:22-cv-00004-DWM |
| | 9:22-cv-00005-DWM |
| | 9:22-cv-00006-DWM |
| | 9:22-cv-00007-DWM |
| | 9:22-cv-00008-DWM |
| | 9:22-cv-00009-DWM |
| | 9:22-cv-00010-DWM |
| | 9:22-cv-00013-DWM |
| | 9:22-cv-00014-DWM |
| | 9:22-cv-00021-DWM |
| | 9:22-cv-00022-DWM |
| | 9:22-cv-00024-DWM |
| | 9:22-cv-00025-DWM |
| | 9:22-cv-00029-DWM |
| | 9:22-cv-00031-DWM |
| | 9:22-cv-00036-DWM |
| | 9:22-cv-00037-DWM |
| | 9:22-cv-00038-DWM |
| | 9:22-cv-00042-DWM |
| | 9:22-cv-00046-DWM |
| | 9:22-cv-00048-DWM |
| | 9:22-cv-00049-DWM |
| | 9:22-cv-00061-DWM |
| | 9:22-cv-00062-DWM |

1

9:22-cv-00094-DWM
9:22-cv-00097-DWM
9:22-cv-00100-DWM
9:22-cv-00106-DWM
9:22-cv-00110-DWM
9:22-cv-00117-DWM
9:22-cv-00124-DWM
9:22-cv-00135-DWM
9:22-cv-00148-DWM
9:22-cv-00150-DWM
9:22-cv-00151-DWM
9:22-cv-00152-DWM
9:22-cv-00153-DWM
9:22-cv-00154-DWM
9:22-cv-00155-DWM
9:22-cv-00156-DWM
9:22-cv-00157-DWM
9:22-cv-00162-DWM
9:22-cv-00170-DWM
9:22-cv-00171-DWM
9:22-cv-00173-DWM
9:22-cv-00175-DWM
9:22-cv-00178-DWM
9:22-cv-00182-DWM
9:22-cv-00185-DWM
9:22-cv-00198-DWM
9:23-cv-00012-DWM

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of March 12, 2024, this action is DISMISSED.

2

Dated this 12th day of March, 2024.

TYLER P. GILMAN, CLERK

By: /s/ T. Gesh
T. Gesh, Deputy Clerk